FILED:  August 26, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1768
(5:12-cv-05927)

_____

JEFFERY COZORT

        Plaintiff

 and

SELCO CONSTRUCTION SERVICES, INC.

        Defendant - Appellant

v.

CLECO CORPORATION

        Defendant - Appellee

and

DEAL BROTHERS CONTRACTING, LLC; PENN VIRGINIA OIL & GAS
CORPORATION; VITRUVIAN EXPLORATION, LLC; PINPOINT DRILLING
AND DIRECTIONAL SERVICES, LLC

        Defendants

_____

O R D E R

_____

The court extends the briefing schedule as follows:

Appendix due: 09/23/2014

Opening brief due: 09/23/2014

Response brief due: 10/27/2014

Any reply brief: 14 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk